David C. Parisi (162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)

Ethan Preston (263295)                  Joseph H. Malley (pro hac vice)
ep@eplaw.us                             malleylaw@gmail.com
PRESTON LAW OFFICES                     LAW OFFICES OF JOSEPH H. MALLEY P.C
4054 McKinney Avenue, Suite 310         1045 N. Zang Boulevard
Dallas, Texas 75204                     Dallas, Texas 75208
(972) 564-8340 (telephone)              (214) 943-6100 (telephone)
(866) 509-1197 (facsimile)              (214) 943-6170  (facsimile)

*Attorneys for Plaintiffs, on their own
behalf, and behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MICHELLE HERNANDEZ, ASHLEY SALINAS, JOHN RAMIREZ, and ANDRE RUFUS, individuals and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> TALKATONE, INC., a Delaware corporation, TALKATONE, LLC, a Delaware limited liability company, and OOMA, INC., a Delaware corporation, and DOES 1-100, inclusive, <br><br> Defendants. | No. 5:15-cv-03703-PSG <br><br> **NOTICE OF DISMISSAL** |

　　　　Plaintiffs Michelle Hernandez, Ashley Salinas, John Ramirez and Andre Rufus hereby give notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, of the voluntary dismissal of this proceeding without prejudice.

Notice of Dismissal                     1

1  Dated: January 7, 2016                    By:       /s/David C. Parisi
                                                    David C. Parisi (162248)
2                                                   Suzanne Havens Beckman (188814)
                                                    PARISI & HAVENS LLP
3                                                   212 Marine Street, Suite 100
                                                    Santa Monica, California 90405
4                                                   (818) 990-1299 (telephone)
                                                    (818) 501-7852 (facsimile)
5                                                   dcparisi@parisihavens.com
                                                    shavens@parisihavens.com
6
                                                    Ethan Preston (263295)
7                                                   PRESTON LAW OFFICES
                                                    4054 McKinney Avenue, Suite 310
8                                                   Dallas, Texas 75204
                                                    (972) 564-8340 (telephone)
9                                                   (866) 509-1197 (facsimile)
                                                    ep@eplaw.us
10
                                                    Joseph H. Malley (pro hac vice pending)
11                                                  LAW OFFICES OF JOSEPH H. MALLEY P.C
                                                    1045 N. Zang Boulevard
12                                                  Dallas, Texas 75208
                                                    (214) 943-6100 (telephone)
13                                                  (214) 943-6170 (facsimile)
                                                    malleylaw@gmail.com
14
                                                    *Attorneys for Plaintiffs, on their own behalf, and
15                                                  behalf of all others similarly situated*

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal                                 2